UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re                                                                                   Chapter 7

BRET S. DIBATTISTA,                                                      Case No. 09-36978(CGM)

                          Debtor.

---------------------------------------------------------X

## ORDER GRANTING APPELLATE ATTORNEYS' FEES AND EXPENSES

Upon the Notice of Motion of the Law Offices of Francis J. O'Reilly, Esq. and Carlos J. Cuevas, Esq. dated June 7, 2022; the Applications for Compensation of Reasonable Appellate Attorneys' Fees and Reimbursement of Reasonable Appellate Expenses of the Law Offices of Francis J. O'Reilly, Esq. and Carlos J. Cuevas, Esq. (the "Applications") dated June 7, 2022; the Brief in Opposition of Selene Finance, L.P. dated July 18, 2022; the Reply of the Law Offices of Francis J. O'Reilly, Esq. and Carlos J. Cuevas, Esq. in Support of Their Applications for Compensation of Reasonable Appellate Attorneys' Fees and Reimbursement of Reasonable Appellate Expenses dated July 20, 2022; the hearings conducted on July 12, 2022 and July 26, 2022; after hearing Carlos J. Cuevas, Esq. in support of the Applications; after hearing John Brigandi, Esq. in opposition to the Applications; there being sufficient service of the Applications; after due deliberation; there being sufficient cause; and upon all the proceedings had herein, it is

ORDERED, that the Applications are granted, it is further

ORDERED, that the Law Offices of Francis J. O'Reilly, Esq. is awarded $26,829.00 in compensation for the successful appellate defense of the Selene Contempt Order in *In re DiBattista*, 615 B.R. 31 (S.D.N.Y. 2020); it is further

1

ORDERED, that Selene Finance, L.P. shall pay $26,829.00, the award of compensation of in *DiBattista I.*, to Carlos J. Cuevas, Esq.; it is further

ORDERED, that Carlos J. Cuevas, Esq. is awarded $121,825.00 in compensation and granted $2,748.26 in reimbursement of expenses for the successful prosecution of the appeals in *In re DiBattista*, 33 F.4th 698 (2nd Cir. 2022); it is further

ORDERED, that Selene Finance, L.P. shall pay Carlos J. Cuevas, Esq. $124,573.26 for appellate attorneys' fees and expenses in *DiBattista II*; it is further

ORDERED, that Carlos J. Cuevas, Esq. is awarded $14,395.00 in attorneys' fees and $165.00 in expenses for the drafting and prosecution of the Applications; it is further

ORDERED, that Selene Finance, L.P. shall pay Carlos J. Cuevas, Esq. $14,650.00 for the drafting and prosecution of the Applications; and it is further

ORDERED, that Selene Finance, L.P. shall make all of the payments directed under Order to Carlos J. Cuevas, Esq. within fourteen (14) days of the entry of this Order.



**Dated: August 1, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge